UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 17 AM 10: 46
CLERK US DISTRICT COURT
WESTERN DISTRICT
BY_____ DEPUTY

| | |
|---|---|
| COLUMBIA MUTUAL INSURANCE COMPANY as Subrogee of SPARKLING CLEAN CARWASH<br>*Plaintiff,*<br><br>V.<br><br>JESSE GALVAN<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1:18-cv-00273-LY |

## ORDER OF DISMISSAL WITH PREJUDICE

This Cause is before the Court based on the parties' Joint Stipulation and Motion to Dismiss with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) F.R.C.P. The Court has considered the parties Joint Stipulation and Motion to Dismiss with Prejudice and enters the following ORDER.

1. The parties' Joint Stipulation and Motion to Dismiss with Prejudice is hereby GRANTED.

2. Each party bears their own respective attorney's fees and costs.

3. Any pending motions are hereby denied as moot.

4. This case is dismissed with prejudice to the re-filing of the same or any part thereof.

SIGNED this ____ day of September, 2019

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE